UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LAHKWINDER SINGH,<br><br>                Defendant. | Case No. 16-cr-0729-BAS<br><br>**ORDER DENYING MOTION FOR STAY (ECF No. 206)** |

      Earlier this year, the Ninth Circuit affirmed the Court's order of forfeiture of $1,955,521 imposed as part of Defendant's sentence. (ECF No. 204.) The Ninth Circuit also denied Defendant's request for a rehearing. (ECF No. 203.) The Court later received a filing from Defendant that it broadly construed as a motion for stay pending Defendant's filing of a petition for writ of certiorari with the Supreme Court. (ECF No. 205.) Thereafter, the Ninth Circuit also denied Defendant's request to stay the mandate. (ECF No. 207.)

      Defendant has not shown that a stay of this Court's forfeiture order is appropriate. *See Nken v. Holder*, 556 U.S. 418, 433–34 (2009) (providing that a stay

– 1 –

is "an exercise of judicial discretion" and the requesting party "bears the burden of showing that the circumstances justify an exercise of that discretion"). Therefore, the Court **DENIES** Defendant's motion (ECF No. 206).

      **IT IS SO ORDERED.**

DATED: April 2, 2020

Hon. Cynthia Bashant
United States District Judge